**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**SHAWN P. HOLLEY** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:26-cv-00136-TBM-RPM**

**M.D.O.C., et al.** **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 14th day of August, 2026.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**